344 A.2d 458

**William F. WEIDLE et al., Appellants,**

v.

**BUSTLETON DEVELOPMENT CORPORATION.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1974.

Decided Oct. 3, 1975.

Alfred Francis Shea, Cornwells Heights, for appellants.

William J. Carlin, Bristol, Jay D. Barsky, Philadelphia, Begley, Carlin, Mandio, Kelton & Popkin, Bristol, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own cost.